UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                                       **Case No: 3:89-cr-74-J-32MCR**

**GREGORY ROBINSON,**

    **Defendant.**
_____/

**MOTION TO REQUEST U.S. PROBATION OFFICE
TO ISSUE A FIRST STEP ACT ELIGIBILITY MEMORANDUM**

Gregory Robinson, by and through undersigned counsel, moves this Honorable Court for relief pursuant to 18 U.S.C. §3582(c)(1)(B) and Section 404 of the First Step Act, and asks the Court to order the U.S. Probation Office to issue an eligibility memorandum. In support of this request, undersigned states as follows:

1. The Court's January 25, 2019 *Omnibus Order In Re: Section 404 of the First Step Act*, Case No. 8:19-mc-10-T-23, appoints the Office of the Federal Defender to review the record of any federal inmate serving a sentence imposed in the Middle District of Florida who might qualify for a reduced term of imprisonment under Section 404 of the First Step Act of 2018, Pub. Law 115-391 (S. 756), 132 Stat. 5194 (enacted Dec. 21, 2018).

2. Section 404 of the First Step Act makes the Fair Sentencing Act of 2010 ("2010 FSA") retroactive to defendants who were convicted of violating a

statute, the statutory penalties for which were modified by the Fair Sentencing Act of 2010, P.L. 111-220, 124 Stat. 2372. And Section 404(b) of the First Step Act of 2018 provides that the court "may," upon motion of the defendant, "impose a reduced sentence." First Step Act of 2018, § 404(b).

3. At Mr. Robinson's original sentencing on March 2, 1990, he was adjudicated guilty of conspiracy to manufacture, distribute, an possess with intent to distribute more than 50 grams of cocaine base, in violation of 21 U.S.C. § 846 (Count One), possession with intent to distribute more than 50 grams of cocaine base, in violation of 21 U.S.C. § 841(b)(1)(A) (Count Two), possession with intent to distribute five grams or more of cocaine base, in violation of 21 U.S.C. § 841(b)(1)(B) (Count Three), and possession of 500 grams or more of cocaine with intent to manufacture cocaine base, in violation of 21 U.S.C. § 841(b)(1)(B) (Count Four). Mr. Robinson was sentenced to Life imprisonment.

4. It is the assessment of the undersigned that applying the 2010 FSA, Mr. Robinson could be eligible for a reduced sentence under Section 404 of the First Step Act.

5. Pursuant the Omnibus Order, undersigned counsel has conferred with the United States about the relief requested herein. The United States respectfully advises that it requests to reserve its position on the relief requested herein until after the U.S. Probation office issues its eligibility memorandum.

6. Therefore, to facilitate the Court issuing an order of relief, and in an effort to conserve the Court's resources, the parties agree and jointly request that the Court issue an endorsed order directing the U.S. Probation to issue an eligibility memorandum promptly.

7. Upon issuance of Probation's eligibility memorandum, the undersigned requests that the parties be directed to comply with post-memorandum procedure outlined in the Omnibus Order. The undersigned will confer with the United States for its position on the relief sought and thereafter will file a renewed motion for a reduction in Mr. Robinson's sentence under Section 404 of the First Step Act.

    Respectfully submitted by,

    Donna Lee Elm
    Federal Public Defender

    */s/ Juliann Welch*
    Juliann Welch
    Research and Writing Attorney
    Florida Bar No. 1003171
    400 North Tampa St., Suite 2700
    Tampa, Florida 33602
    Telephone: (813) 228-2715
    Facsimile: (813) 228-2562
    Email: Juliann_Welch@fd.org
    Counsel for the Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the Office of the United States Attorney.

*/s/ Juliann Welch*
Juliann Welch
Counsel for Defendant
